UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>    Plaintiff,<br><br>    v.<br><br>K. POWELL,<br><br>    Defendant. | No. 2:19-cv-00579 KJM CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

      Pursuant to the Ninth Circuit's June 25, 2020 order and for the reasons stated in this court's May 16, 2019 order, IT IS HEREBY RECOMMENDED that plaintiff's motion to proceed in forma pauperis be denied and plaintiff be ordered to pay the filing fee for this action within 14 days.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

/////

/////

/////

/////

1

Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 23, 2020

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bont0578.frs