UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>    Plaintiff,<br><br>    v.<br><br>K. POWELL,<br><br>    Defendant. | No.  2:19-cv-00579-KJM-CKD<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed under 42 U.S.C. § 1983.  On October 16, 2020, this court ordered plaintiff to pay the filing fees for this action within 14 days.  ECF No. 17.  Plaintiff was warned that his failure to do so would result in the dismissal of this action.  The fourteen-day period has now expired, and plaintiff has not paid the filing fee to be able to proceed with this action.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice for plaintiff's failure to pay the filing fee in full following the revocation of his in forma pauperis status.
2. The Clerk of Court is directed to enter judgment and to close this case.

DATED:  January 22, 2021.

CHIEF UNITED STATES DISTRICT JUDGE